U.S. DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>Vs.<br><br>ADAM SHARP, et al. | Case 1: 21-cv-10627-UA |

## NOTICE OF RELATED LITIGATION

TO THE CLERK OF THE COURT: Please take note of related litigation:

      1:18-cv-08653-VEC-SDA

      **VALERIE E. CAPRONI**

D George Sweigert
America's RV Mailbox
514 Americas Way, PMB 13339
Box Elder, SD 57719-7600
Email: SPOLIATION-NOTICE@MAILBOX.ORG

Respectfully,

*D. Swt* (signature)

D. George Sweigert
Veteran U.S. Air Force

CERTIFICATE OF SERVICE

The Plaintiff asserts under the penalties of perjury that copies of these pleadings have been sent to Jason Goodman on 12/14/2021 at truth@crowdsourcethetruth.org .

1