U.S. DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| JASON GOODMAN  Vs.  ADAM SHARP, et al. | Case 1: 21-cv-10627-UA |
|---|---|

# DECLARATION OF NON-PARTY D. GEORGE SWEIGERT

The undersigned hereby swears under the penalties of perjury that the attached document,

labeled Exhibit One, is a true and accurate artifact.

D George Sweigert  
America's RV Mailbox  
514 Americas Way, PMB 13339  
Box Elder, SD 57719-7600  
Email: SPOLIATION-NOTICE@MAILBOX.ORG

Respectfully,

*D. Sgt* (signature)

D. George Sweigert
Veteran U.S. Air Force

CERTIFICATE OF SERVICE

The Plaintiff asserts under the penalties of perjury that copies of these pleadings have been sent to Jason Goodman on 12/14/2021 at truth@crowdsourcethetruth.org .

1

# **EXHIBIT ONE**

*D. George Sweigert*
*America's RV Mailbox*
*514 Americas Way, PMB 13339*
*Box Elder, SD 57719-7600*
Email: SPOLIATION-NOTICE@MAILBOX.ORG

**November 23, 2021**

Hon. Judge Valerie E. Caproni                                    **VIA ECF**
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**REF: 1:20-cv-07269-VEC-OTW, NATAS vs. MSDI**

Dear Judge Caproni,

The undersigned is non-party in this case and a non-attorney.

The undersigned has reviewed ECF doc. 132.

May it please the Court, the undersigned only became interested in this instant lawsuit after Mr. Jason Goodman expressed to Your Honor that the undersigned was responsible for the spoliation of his "JASON GOODMAN" YouTube account at a discovery conference on 4/30/2021.

As the attached e-mail message (EXHIBIT ONE) indicates, attempts were made to have this false notion corrected. All attempts failed.

The matter was also reported in related litigation (EXHIBIT TWO).

Prior to the expression of the undersigned's name to Your Honor at the 4/30/2021 discovery conference (made by Mr. Goodman in the presence of his attorney) the record will clearly indicate the undersigned was not involved with Mr. John H. Snyder in any manner.

It was only the false assertion of blame laid at the feet of the undersigned that inaugurated said e-mail messages. The matter escalated after Mr. Goodman's lack of cooperation in clearing up the false notion presented to Your Honor that the undersigned somehow had a hand in the termination of the "JASON GOODMAN" channel.

It is prudent to note that Mr. Snyder placed himself in the realm of a public figure when he participated in YouTube podcast creations on behalf of Mr. Goodman. This public figure status opened Mr. Snyder up to public and social critique of his actions as he commented on "public corruption" in the federal courts.

1



https://www.youtube.com/watch?v=MVzocok1fy8

The Counter Lawfare Report retuns to Crowdsource the Truth with a new legal expert. Harvard JD, tech entrepreneur and legal expert Jonathan Snyder joins me to explore allegations of corruption within the Federal Court system. This is going to be an explosive episode. Join us on SubscribeStar and Patreon.



| Respectfully, | CERTIFICATE OF SERVICE |
|---|---|
| *D. Sngt* | The undersigned asserts under penalties of perjury that copies of this letter has been sent to Jason Goodman 11/23/2021 at truth@crowdsourcethetruth.org on this date. |
| D. George Sweigert | |

2

# EXHIBIT ONE

---------- Original Message ----------
From: Spoliation Notice <spoliation-notice@mailbox.org>
To: "ad1-agc@nycourts.gov" <ad1-agc@nycourts.gov>, "nmay@ftc.gov" <nmay@ftc.gov>, "arosenberg@ftc.gov" <arosenberg@ftc.gov>, "igorecki@ftc.gov" <igorecki@ftc.gov>, "mmoeller@ftc.gov" <mmoeller@ftc.gov>, "cleach@ftc.gov" <cleach@ftc.gov>, "ezullow@ftc.gov" <ezullow@ftc.gov>, "balbert@ftc.gov" <balbert@ftc.gov>, "ablack1@ftc.gov" <ablack1@ftc.gov>, "beau.buffier@ag.ny.gov" <beau.buffier@ag.ny.gov>, "dbutrymowicz@ftc.gov" <dbutrymowicz@ftc.gov>, "elinor.hoffmann@ag.ny.gov" <elinor.hoffmann@ag.ny.gov>, "dhuyett@ftc.gov" <dhuyett@ftc.gov>, "Jeremy.Kasha@ag.ny.gov" <Jeremy.Kasha@ag.ny.gov>, "amy.mcfarlane@ag.ny.gov" <amy.mcfarlane@ag.ny.gov>, "public.integrity@ag.ny.gov" <public.integrity@ag.ny.gov>, "Labor.Bureau@ag.ny.gov" <Labor.Bureau@ag.ny.gov>, "ifraud@ag.ny.gov" <ifraud@ag.ny.gov>, "Intergovernmental.Affairs@ag.ny.gov" <Intergovernmental.Affairs@ag.ny.gov>, "Civil.Rights@ag.ny.gov" <Civil.Rights@ag.ny.gov>, "Letitia.james@ag.ny.gov" <Letitia.james@ag.ny.gov>
Cc: "john@jhsnyderlaw.com" <john@jhsnyderlaw.com>, Spoliation Notice <spoliation-notice@mailbox.org>
Date: 05/03/2021 7:25 AM
Subject: Complaint against S.D.N.Y. practicing attorney


To whom it may concern:

As previously reported to your office, Jason Goodman, Chelsea, New York, solicits funds to pay for his legal fees in the matter of NATAS vs. MSDI (see attached).  See the solicitation page advertised below:

https://crowdsourcethetruth.org/

The legal composition of MSDI remains a mystery as to true stockholder interests.  Apparently there may have been a stock swap between MSDI and the below listed attorney for attorney fee compensation.

New information suggests that Mr. Goodman is committing a public fraud and that such funds, received from the public, are not transmitted to Mr. Goodman's lawyer (see below).  It appears that Mr. Goodman's lawyer is very much aware of this situation.

Best,

D. Geo. Sweigert

> On 05/01/2021 7:54 PM Spoliation Notice <spoliation-notice@mailbox.org> wrote:
>
>

3

> To:
>
> Abigail Reardon, Esq.
> Robert J. Anello, Esq.
> Attorney Grievance Committee of the
> First Judicial Department (AGC)
> 180 MAIDEN LANE
> 17TH FLOOR
> NEW YORK, NY 10038
> (212) 401-0800
>
> Subject:  Attorney misconduct
>
> Ladies and Gentlemen,
>
> This preliminary professional conduct and ethics violation allegation concerns the following attorney:
>
>   John Hoover Snyder
>   John H. Snyder PLLC
>   555 Fifth Avenue, Suite 1700
>   New York, NY 10017
>   (212)-856-7280
>   (212)-304-9230 (fax)
>   john@jhsnyderlaw.com
>
> The lion's share of observed alleged misconduct took place during a discovery conference at the S.D.N.Y. (April 30, 2021).  The above referenced attorney apparently misrepresented several material facts to a federal judge, apparently misrepresented his ability to conduct searchable discovery, and apparently revealed a quasi-barter trade for services arrangement that presents a conflict of interest with his client, Jason Goodman in the following matter:
>
> S.D.N.Y., 1:20-cv-07269-VEC The National Academy of Television Arts and Sciences, Inc. et al v. Multimedia System Design, Inc.
> Valerie E. Caproni, presiding
>
> The undersigned is not a party in the above referenced lawsuit.
>
> 1.  Misrepresentation of "disabled" YouTube social media account
>
> Apparently, with full knowledge that the "facts" to be presented to Judge Valerie Caproni at this discovery conference the above referenced attorney allowed his client (with whom a dubious barter relationship may exist) to present a complete falsehood to her honor, namely that the undersigned had "disabled" the client's social media account, which prevented the access to discoverable podcast videos on YouTube, LLC by the plaintiff's in the above referenced lawsuit.
>
> 2.  Misrepresentation of the difficulty to obtain searchable evidence
>

4

> During the discovery conference the above referenced material alluded to her honor that it would be nearly impossible to conduct a search of digital media in the form of 200-300 stored electronic files for key "trigger words".
>
> This was an apparent intentional falsehood concerning the above referenced attorney's deep involvement in discovery searches utilizing artificial intelligence and machine learning. These statements to the judge are in direct contravention to public statements made by this attorney as to the ease to find such materials (see attached document).
>
> Please note this social media podcast by this attorney:
>
> https://www.youtube.com/watch?v=yvOOcAJpMUQ
>
> and
>
> https://anchor.fm/startuphunter/episodes/Highwire-to-Harvard-Agnes-Intelligence-LegalMedia-Artificial-Intelligence--John-H--Snyder-e3fnf7
>
> 3. Strange compensation arrangement
>
> It was revealed during the discovery conference with Judge Caproni that there was an unorthodox relationship between this attorney and his client (Mr. Goodman). The remarks made before the judge indicated some type of "trade-out" or barter relationship between the client (Mr. Goodman) and his attorney.
>
> See:
>
> QUESTION
> May a lawyer participate in a barter exchange?
>
>
https://nysba.org/NYSBA/Content%20Conversion/Round%201/Content%20Folder/EthicsOpinions/Opinions601675/Opinions601675Assets/EO_665.pdf
>
> Note: Canon 5, EC 5-1, EC 5-21, DR 5-103(B)
>
>
> Best,
>
> D. Geo. Sweigert
>
>
>
> ---------- Original Message ----------
> From: Spoliation Notice <spoliation-notice@mailbox.org>
> To: Jason Goodman <truth@crowdsourcethetruth.org>, Spoliation Notice <spoliation-notice@mailbox.org>, "copyright@youtube.com" <copyright@youtube.com>, "legal@support.youtube.com" <legal@support.youtube.com>

5

> Date: 05/01/2021 12:54 AM
> Subject: FRCP Rule 45 subpoena to YouTube for JASON GOODMAN channel
>
>
> Sir,
>
> The undersigned assumes that you receive records of those accounts that have served a copyright strike or privacy strike on your YouTube, LLC video content (see JASON GOODMAN YouTube channel).
>
> It would appear that only such strikes submitted within the last three (3) to four (4) months to the YouTube channel "JASON GOODMAN" would have any bearing on your insinuations made to Judge Caproni. You would have evidence of the origins of such strikes.
>
> It is doubtful you will locate a strike to JASON GOODMAN from the undersigned that has taken place in the last twelve months, if any.
>
> However, the undersigned can move forward with a Rule 45 subpoena to YouTube, LLC. As a courtesy to YouTube, LLC they are copied in this e-mail message with background court documents provided.
>
> Best,
>
>
>
> > On 05/01/2021 12:31 AM Jason Goodman <truth@crowdsourcethetruth.org> wrote:
> >
> >
> > Do you deny submitting complaints to YouTube about channels controlled by me?
> >
> > > On Apr 30, 2021, at 6:21 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:
> > >
> > > Sir,
> > >
> > > After hearing your appalling accusations to District Judge Valeria Caproni in today's NATAS v. MSDI discovery conference, the undersigned respectfully declines your invitation.
> > >
> > > Your failure to adequately and truthfully describe the situation concerning the production of video content and your YouTube channel status is very disconcerting.
> > >
> > > The undersigned trusts that you will be able to back-up the allegations that somehow the Plaintiff was involved in this so-called YouTube, LLC account (JASON GOODMAN) termination of April 12, 2021 and the consequential disabling of public video review (to apparently frustrate discovery in two federal lawsuits).
> > >
> > > The undersigned believes that you should be very hesitant about providing "good faith" assertions a day prior to your courtroom antics, which speak for themselves.
> > >
> > > Good Day,

```
> > >
> > >
> > >
```

Case 1:21-cv-06995-PKC Document 153 Filed 12/14/23 Page 9 of 12

# EXHIBIT TWO

EXHIBIT TWO

D. GEORGE SWEIGERT
GENERAL DELIVERY
NEVADA CITY, CA 95959

May 1, 2021

Magistrate Judge Stewart D. Aaron
U.S. District Court
500 Pearl Street
New York, New York 10007-1312

SUBJ: Issues concerning non-availability of the JASON GOODMAN YouTube channel
  1:18-cv-08653-VEC-SDA

**Your Honor,**

**1.** During a discovery conference in related litigation before District Judge Valerie E. Caproni, on 4/30/2021 the Defendant advised Judge Caproni that his JASON GOODMAN YouTube channel was no longer on-line because of behavior directly related to the undersigned.

**2.** Opposing counsel in the related litigation questioned why the JASON GOODMAN YouTube channel is not available on-line for the acquisition of discoverable defamatory statements. The Defendant, speaking directly to Judge Caproni, advised that the "account" disabling was a direct result of "David Sweigert" for supposed privacy and/or copyright strikes.

**3.** The undersigned completed a rigorous review of the situation and was able to locate one privacy complaint (or "strike") filed by the undersigned against the JASON GOODMAN YouTube channel on August 9, 2020. This "privacy strike" was denied, which made the complaint moot, resulting in absolutely no detrimental impact to the JASON GOODMAN channel.

**4.** The JASON GOODMAN YouTube channel remains in "private" status, a visibility control directly in the hands of the Defendant and no one else. As Judge Caproni has already mistakenly reported that BOTH the Defendant and the undersigned "have missed deadlines", the Plaintiff has zero tolerance for any more flippant assertions made to Judge Caproni or this Court.

Respectfully,

*D. Sgt*

D. Geo. Sweigert

*D. GEORGE SWEIGERT*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959-9998*
SPOLIATION-NOTICE@MAILBOX.ORG

1

## CERTIFICATE OF SERVICE

**The undersigned hereby attests under penalties of perjury that copies of this communication have been sent via electronic mail message to the following parties on the first day of May (5/1) two thousand and twenty-one (2021).**

| **Clerk of the Court, Room 200**<br>temporary_pro_se_filing@nysd.uscourts.gov | **Jason Goodman, CEO**<br>truth@crowdsourcethetruth.org |
|---|---|

*D. GEORGE SWEIGERT*
*Pro Se Non-Attorney*
*GENERAL DELIVERY*
*NEVADA CITY, CA 95959*

2