**U.S. DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| JASON GOODMAN<br><br>Vs.<br><br>ADAM SHARP | Case 1:21-cv-10627-UA |
|---|---|

### DECLARATION OF PROPOSED INTERVENOR D. GEORGE SWEIGERT

Under the penalties of perjury, the undersigned swears that the artifact attached as EXHIBIT A is

true and correct.  Signed this fifteenth day of December 2021 (12/15/2021)

Respectfully,

D. George Sweigert
Veteran U.S. Air Force

CERTIFICATE OF SERVICE

The proposed intervenor asserts under penalties of perjury that copies of these pleadings have been sent to Jason Goodman on 12/15/2021 at truth@crowdsourcethetruth.org on this date.

**D. George Sweigert**
**Veteran U.S. Air Force**
**America's RV Mailbox**
**514 Americas Way, PMB 13339**
**Box Elder, SD 57719-7600**
**Email: SPOLIATION-NOTICE@MAILBOX.ORG**

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NATIONAL ACADEMY OF TELEVISION ARTS AND SCIENCES, INC. ET AL., | Case No.: 1:20-cv-07269-VEC-OTW |
| Plaintiff, | **MOTION FOR EXTENSION OF TIME** |
| vs. | |
| MULTIMEDIA SYSTEM DESIGN, INC., | |
| Defendant | |

Jason Goodman ("Goodman"), CEO and sole owner of Defendant Multimedia System Design, Inc, respectfully moves this Court for an extension of time to obtain new counsel. This court has allowed nonparty D. George Sweigert to engage in brazen violations of 18 U.S. Code § 2261A(2)(A) and (B) including the extraordinary extrajudicial harassment, cyberstalking and intimidation of Jonathan Snyder and his infant child as cited in his withdrawal (*See* ECF No. 100 and 101). **(EXHIBIT A)** By doing nothing to rein in this criminal behavior, the Court has allowed Sweigert to create an environment in which it is extraordinarily difficult for Defendant to obtain new counsel. Multiple attorneys directly stated that the threats including those against Snyder and his child were the reason they declined representing Defendant. As a result, Defendant requires and respectfully requests an additional 90 days to continue searching for a new attorney. The "Crony Graphic" has already been voluntarily removed from the internet entirely to the best of Defendant's knowledge as a demonstration of good faith. This delay will not prejudice any of the Plaintiff's rights or continue any alleged damage.

MOTION FOR EXTENSION OF TIME - 1

Goodman hereby requests that the Court enter an Order

(1) granting a Motion for an Extension of Time;

(2) providing an extension of time, not less than 90 days from the granting of the order for Defendant to retain new counsel; and

(3) awarding Defendant such further relief as the Court deems appropriate.

Signed this 23th day of November 2021

Respectfully submitted,

_____

Jason Goodman, CEO of Defendant Multimedia System Design, Inc.
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

MOTION FOR EXTENSION OF TIME - 2

**(EXHIBIT A)**



**SDNY.ORG**

Jason Goodman George Webb Cyber Stalking Alt-Right DEFANGO Robert David Steele Larry Klayman

Home    New Page    Blog

All Posts

Log in / Sign up

#SDNYORG 👑    a day ago    2 min read

# [ALERT:] U.S. Marshals Service advised of Citizens Grand Jury activities to protect federal judges

Updated: 5 hours ago



Above:  The CrowdSource The Truth Citizens Grand Jury seems to be shrinking now that every move they make is reported to the U. S. Marshals Service (U.S.M.S.). part of the "domestic terrorism lite" club.

Let's Chat!

**Federal judges breath easier now that the COUNTER LAWFARE FUND is reported to the U.S. Marshals Service for any noticeable activity.**

**NEWS ALERT:  Larry Klayman has reported he will be in Tombstone, Arizona between July 26th and July 28th, 2021.  All law enforcement advised.**

Tombstone Marshal's Department
**JIM ADAMS**
315 E. Fremont Street
PO Box 339
Tombstone, AZ 85638
Phone: (520) 457-2244
Email: jadams@cochise.az.gov



**Conspiracy crack-pots Larry "Skipper" or "Skip" Klayman and Jason "Little Buddy" Goodman will now have their daily activities reported to the U.S.M.S. in an effort to alert judicial staff to the emerging potential *domestic terrorist lite* threat.**

Let's Chat!

U.S. Department of Justice
United States Marshals Service

# WANTED
## BY U.S. MARSHALS





**GOODMAN, Jason aka Little Buddy and KLAYMAN, Lawrence aka Skip**

Let's Chat!



### Techdirt Is Fighting A New Lawsuit

from the *slapp-suits* dept
Thu, Jul 22nd 2021 10:44am — **Mike Masnick**

Techdirt was recently sued in Florida by Larry Klayman for an article that we published concerning the US Court of Appeals for the District of Columbia Circuit suspending his license for 90 days. We strongly believe that this case is entirely without merit, and is a clear attempt to silence opinion and criticism via the court system.

Last week, we asked the court to dismiss the lawsuit under Florida's anti-SLAPP law, and we hope that the court will agree. Beyond that, while litigation is still ongoing, we'll have no further comment, other than to note our continued advocacy for the adoption of more state anti-SLAPP laws and a strong federal anti-SLAPP law.

https://www.techdirt.com/articles/20210722/09501147223/techdirt-is-fighting-new-lawsuit.shtml

adopted the magistrate's report and recommendation. Additionally, in their last motion they random[ly] attacked ["]of Defendant["] [cass]the Stor[y] [matters] [simply] [o]utside the record. *See* ECF Nos. [128-1]; [128-2] (reply to response to reconsideration). To address the attach[ ] [Mr.] Klayman during [a] W[ ]ss [ ]proceeding[ ]was for[ ]to [ ]w["]on more than one occasion the . . . act [sic] in [a] grossly inappropriately [sic] manner with the children. His conduct may not have been sexual in the sense that he intended to or did derive any sexual pleasure from it or that he intended that the children would. That, however, does not mean that he didn't engage in those acts or that his behavior was proper." *Klayman v. City Pages*, 650 Fed. Appx. 744, 746 (11th Cir. 2016) (citing records from Klayman's 2009 divorce hearing regarding Klayman's behavior towards his own children). *See* Exhibit -- 2. Plaintiffs' failure to consider how placing

**KLAYMAN PLAYS WITH HIS KIDS**

[O]n more than one occasion the Plaintiff act [sic] in a grossly inappropriately [sic] manner with the children. His conduct may not have been sexual in the sense that he intended to or did derive any sexual pleasure from it or that he intended that the children would. That, however, does not mean that he didn't engage in those acts or that his behavior was proper.

And for all his protestations of innocence ... he repeatedly invoked his Fifth Amendment right against self-incrimination ... [Because this is a civil proceeding,] the Court may draw an adverse inference from a party's decision not to respond to legitimate questions....

D.E. 95–2 at 22. Mr. Klayman filed an



---

## OPINION AND EDITORIAL

---

All citizens should be on the look out for the "feed the tree of liberty with the blood of tyrants" crowd at the COUNTER LAWFARE FUND, operated by CrowdSource The Truth. Any noticeable activity should be reported to the U.S. Marshals Service as a courtesy.

Kindly document statements at the time-marks for these so-called "domestic threat" videos.  Report the video with URL link and time-marks of commentary.  Phrases like:

> *We need to take action now*
>
> *We are going to indict so and so with a criminal indictment*
>
> *We are re-writing the Constitution*
>
> *We our racist bigots*
>
> *We work for SPUTNIK and other Russian media groups*
>
> *We use judicial intimidation to put federal judges on notice*
>
> *We make videos of ourselves masturbating*
>
> *We store 500 naked pictures of ourselves on our laptop*
>
> *We covet TINDER messages from 18 year old girls*
>
> *We are in debt and don't pay child support*
>
> *We have inappropriate contact with our children*

Let's Chat!

*etc.*





Every Breath You Take



**Copy of Jason Goodman's Police Report**
**Please download and send to all law enforcement agencies**


Jason-Goodman-Police-Report - Copy (1).pdf
Download PDF • 1.08MB



Let's Chat!

Above:  John H. Snyder, esq. of the COUNTER LAWFARE REPORT (replacing Brian Vukadinovich).  The newest member of the so-called *domestic terrorist lite* club.



# CREEPY FACTS ABOUT JASON GOODMAN





**Above:  Jason Goodman physically stalking George Webb (apparently punched in the kidney region)**



**"I support Jason Goodman", "Dr." Jerome Corsi, PhD**

Let's Chat!



## NEW TROUBLES IN MICHIGAN FEDERAL COURT

Instead of holding an evidentiary hearing on this most serious matter, Judge Lillard addressed it verbally, stating she had called now-U.S. District Court Judge Gershwin Drain regarding the order, and he denied authoring it or placing it on his docket. The phone call was an ex parte action in violation of court procedure.



U.S. District Court Judge Gershwin Drain

**Jason Goodman Key witness**

Lillard previously worked in the Wayne County Prosecutor's Office with Judge Drain's wife, Valley Drain, constituting a conflict of interest. Lillard has said in a published article that she considers Wayne Co. Prosecutor Kym Worthy her "mentor." Chief Judge Timothy Kenny recused Lillard from

**Above: SPUTNIK radio affiliate Jason "Pinko" Goodman may be in hot water for throwing allegations towards the Clerk of the Court in the Eastern District of Michigan.**

**Jason Goodman is seeking to have a "public corruption" case investigated. Goodman says that NATO hater George Webb schemed with the Clerk of the Court. Some observers remark that it appeared as a "kiss of death" document, apparently meaning talk of possible political trauma, aka industrial accident.**

Let's Chat!



Above:  Russian SPUTNIK affiliate Jason Goodman outside the federal courthouse.

**FAIR USE NOTICE**

This channel may make use of copyrighted material the use of which has not always been specifically authorized by the copyright owner.
This constitutes a 'fair use' of any such copyrighted material as provided for in section 107 of the US Copyright Law.
In accordance with Title 17 U.S.C. Section 107, the material on this channel is offered publicly and without profit, to the public users of the internet for comment and nonprofit educational and informational purposes.
Copyright Disclaimer Under Section 107 of the Copyright Act 1976, allowance is made for "fair use" for purposes such as criticism, comment, news reporting, teaching, scholarship, and research. Fair use is a use permitted.
No copyright(s) is/are claimed.
The content is broadcasted for Study, Research and Educational purposes.

The broadcaster gains no profit from broadcasted content, so it falls under "Fair Use" guidelines: www.copyright.gov/fls/fl102.html

Let's Chat!

Case 1:21-cv-06995-VEC Document 142 Filed 05/15/23 Page 18 of 21

37 views     0 comments

1

## Recent Posts

See All

**[ALERT:] TWA 800 mystery still orbits SDNY Judge Valerie E....**

👁 101          💬 0                               1 ❤️

**[ALERT:] Philadelphia Independence Center to host so-...**

👁 137          💬 0                               6 ❤️

**[ALERT]: Will Larry Klayman's UFO theories scare SDNY Judge Valer...**

👁 106          💬 0                               6 ❤️

©2020 by SDNY.ORG. Proudly created with Wix.com

Let's Chat!

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| THE NATIONAL ACADEMY OF TELEVISION ARTS AND SCIENCES, INC. and ACADEMY OF TELEVISION ARTS & SCIENCES, | X : : : : : |
| Plaintiffs, | : |
| -v- | : |
| MULTIMEDIA SYSTEM DESIGN, INC. d/b/a "CROWDSOURCE THE TRUTH", | : : : |
| Defendants. | : X |

Civil Action No. 1:20-cv-07269

**NOTICE OF MOTION**

---

Please take notice that JOHN H. SNYDER, counsel for Defendant Multimedia System Design, Inc. and its owner, Jason Goodman, will move this Court, pursuant to Local Rule 1.4 as well as Rules 1.7 and 1.16 of the N.Y. Rules of Professional Conduct, at a time and date to be determined by the Court, for an order:

1) Granting Attorney Snyder leave to withdraw as counsel of record; and

2) adjourning the discovery hearing scheduled for August 16, 2021 at 1:30pm (before Judge Wang) for at least 90 days.

Dated: New York, New York
August 13, 2021

_____
John H. Snyder PLLC
John H. Snyder
555 Fifth Avenue, Suite 1700
New York, NY 10017
(917) 292-3081
john@jhs.nyc

*Counsel of Record for Defendant
and Mr. Goodman*

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NATIONAL ACADEMY OF TELEVISION ARTS AND SCIENCES, INC. and ACADEMY OF TELEVISION ARTS & SCIENCES, | X : : : : : |
| Plaintiffs, | : : |
| -v- | : : |
| MULTIMEDIA SYSTEM DESIGN, INC. d/b/a "CROWDSOURCE THE TRUTH", | : : |
| Defendants. | : : X |

Civil Action No. 1:20-cv-07269

**DECLARATION OF
JOHN H. SNYDER**

JOHN H. SNYDER, an attorney licensed to practice in the State of New York and this Court, states as follows in support of his motion for leave to withdraw as counsel of record in the above-captioned matter, which is made pursuant to SDNY Local Rule 1.4, as well as Rule 1.7 and 1.16 of the N.Y. Rules of Professional Conduct. I also respectfully request a 90-day adjournment of the discovery sanctions hearing scheduled for August 16, 2021, so as to give Mr. Goodman and his company time to find new counsel.

1.      Your Declarant has practiced in this Court for 16 years, including volunteering significant time as an unpaid court-appointed mediator for the Southern District. I have always represented my clients with loyalty and zeal, advancing my client's lawful objectives to the best of my ability. Nor have I shied away from representing underdogs and clients with unpopular opinions. As a young lawyer, I learned that our system of justice depends on lawyers being willing to take on hard cases and unpopular clients.

2.      With considerable regret, I must respectfully ask the Court for leave to withdraw from the representation of Jason Goodman and his company, Multimedia System Design, Inc.

1

Simply put, Mr. Goodman's journalism appears to have attracted opposition, including but not limited to Mr. Sweigert, whose antipathy toward Mr. Goodman is beyond anything I have experienced in nearly two decades as a New York litigator.

3.　　The Court is aware of David Sweigert, the *pro se* plaintiff in *Sweigert v. Goodman*. For many months, Mr. Sweigert has been making negative posts about me on his blog, which of course I ignored. Then, in May 2021, Sweigert started sending emails to dozens of recipients (including the New York Attorney General), purporting to make a bar complaint against me. Again, I ignored Mr. Sweigert. However, a couple weeks ago, Mr. Sweigert crossed the line by posting a photograph of my young child. In light of the surrounding circumstances, I construe this as either a threat or a warning.

4.　　Since the time Mr. Sweigert posted a photo of my child, I have made inquiries and formed the opinion that Mr. Sweigert (and others who share antipathy toward Mr. Goodman) are not people I want to fight with. I cannot determine what motivates them, but I have no reason to assume they are harmless.

5.　　In moving to withdraw, I intend no criticism of Mr. Goodman or his journalistic pursuits. Mr. Goodman is a cordial and cooperative client who works extremely hard on his craft. Nevertheless, Mr. Goodman's work seems to have attracted opposition that is outside of my comfort zone.

6.　　Rule 1.16 of the N.Y. Rules of Professional Conduct makes withdrawal mandatory when "the lawyer knows or reasonably should know that the representation will result in a violation of these Rules or of law. . . ."

7.　　Under Rule 1.7 of the N.Y. Rules of Professional Conduct, "a lawyer shall not represent a client if a reasonable lawyer would conclude that . . . there is a significant risk that the

lawyer's professional judgment on behalf of a client will be adversely affected by the lawyer's own financial, business, property or other personal interests."

8.      In this instance, my professional judgment is 100% impaired. I have agonized over this decision, but at the end of the day, I cannot zealously represent Mr. Goodman's interests if I am worried about my family. For that reason, I consider my withdrawal to be mandatory.

9.      It will be a challenge for Mr. Goodman to find new counsel. For that reason, I respectfully request that the pending August 16, 2021 discovery sanctions hearing be adjourned for at least 90 days in order to give Mr. Goodman and his company time to retain new counsel.

10.     Mr. Goodman has authorized me to advise the Court that he consents to my withdrawal. I have assured Mr. Goodman that I will cooperate fully in transitioning the file. I further confirm that Mr. Goodman has no further financial obligation to my firm.

11.     I declare under penalty of perjury that the foregoing is true and correct.


Executed on August 13, 2021.



_____
JOHN H. SNYDER