USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 21 2021

U.S. DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| JASON GOODMAN<br><br>Vs.<br><br>ADAM SHARP | Case 1:21-cv-10627-VEC<br><br>VALERIE E. CAPRONI |
|---|---|

## NOTICE OF APPEAL OF JUDGEMENT

## DOCKETED AS ECF NO. 14

Respectfully,

*D. Sgt*

D. George Sweigert
Veteran U.S. Air Force
America's RV Mailbox
514 Americas Way, PMB 13339
Box Elder, SD 57719-7600
Email: **SPOLIATION-NOTICE@MAILBOX.ORG**

Signed this twenty first day of December of 2021.  Date 12/21/2021.

Respectfully,

*D. Sgt*

D. George Sweigert
Veteran U.S. Air Force

CERTIFICATE OF SERVICE

The Plaintiff asserts under penalties of perjury that copies of these pleadings have been sent to Jason Goodman on 12/21/21 at
truth@crowdsourcethetruth.org

1