1

2

IN THE UNITED STATES DISTRICT COURT

3

FOR THE SOUTHERN DISTRICT OF NEW YORK

4

| JASON GOODMAN | Case No.: 1:21-cv-10627-VEC |

5

                    Plaintiff,

vs.

6

ADAM SHARP, TERRANCE O'REILLY,
MARGARET ESQUENET, NATIONAL
ACADEMY OF TELEVISION ARTS AND
SCIENCES, AND ACADEMY OF
TELEVISION ARTS AND SCIENCES,

7

8

9

                    Defendant

**DEFENDANT'S OBJECTION TO ORDER**

**ECF NO. 17**

10

11

        Plaintiff Jason Goodman, pro se objects to the order at ECF No. 17.  Judge Caproni has

12

13

again ignored claims made pursuant to 28 U.S. Code § 144 mandating her immediate recusal.  A

14

timely and sufficient affidavit was filed, signed, and sworn to in good faith.  Judge Caproni

15

shows disdain for the Plaintiff and the law refusing to address the claims.  She has demonstrated

16

a pattern and practice of inappropriately ignoring facts and pleadings favorable to Goodman.

17

18

Judge Caproni "shall proceed no further [t]herein" pursuant to 28 U.S. Code § 144.  Judge

19

Caproni must be disqualified.

20

Signed this 11th day of January 2022
Respectfully submitted,

21

_____

22

                                    Jason Goodman
                                    CEO Multimedia System Design, INC

23

                                    252 7th Avenue Apt 6s

24

                                    New York, NY 10001
                                    (323) 744-7594

25

                                    truth@crowdsourcethetruth.org

26

27

28