**MANDATE**

N.Y.S.D. Case # 21-cv-10627(VEC)

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of January, two thousand twenty-two,

_____

D. George Sweigert,

    Appellant,

Jason Goodman,

    Plaintiff,

v.

Adam Sharp, Terrance O'Reilly, Margaret Esquenet, National Academy of Television Arts and Sciences, Academy of Television Arts and Sciences,

    Defendants- Appellees.

_____

ORDER
Docket Number: 21-3101

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 22 2022

    A petition for review was filed on December 22, 2021. The filing fee of $500.00 was due to be paid to the Court by January 05, 2022. The case is deemed in default.

    Instructions for moving for *in forma pauperis* status are provided in the Court's instructions entitled "*How to Appeal an Agency Case in the United States Court of Appeals for the Second Circuit*". The manual and the forms required to file the motion are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

    IT IS HEREBY ORDERED that the petition for review is dismissed effective January 27, 2022 unless by that date petitioner either pays the fee in full, or moves for *in forma pauperis* status in this court.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 02/22/2022**