IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN,<br><br>*Plaintiffs*,<br><br>v.<br><br>ADAM SHARP, TERRANCE O'REILLY, MARGARET ESQUENET, THE NATIONAL ACADEMY OF TELEVISION ARTS AND SCIENCES, INC., AND ACADEMY OF TELEVISION ARTS & SCIENCES,<br><br>*Defendants*. | 21-cv-10627 (VEC) |

Defendants Margaret Esquenet and Academy of Television Arts & Sciences ("ATAS") served Plaintiff, Jason Goodman, with a copy of the Fed. R. Civ. P. 7.1 Corporate Disclosure Statement for ATAS via email and first-class mail on February 23, 2022.

Dated: February 23, 2022				Respectfully submitted,

   */s/ Mary Kate Brennan*
Mary Kate Brennan
MaryKate.Brennan@finnegan.com
B. Brett Heavner (*pro hac vice* to be filed)
b.brett.heavner@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

*Attorneys for Defendants Margaret Esquenet and
   Academy of Television Arts & Sciences*