USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2022

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN, <br><br> *Plaintiffs*, <br><br> v. <br><br> ADAM SHARP, TERRANCE O'REILLY, MARGARET ESQUENET, NATIONAL ACADEMY OF TELEVISION ARTS AND SCIENCES, INC., AND ACADEMY OF TELEVISION ARTS & SCIENCES, <br><br> *Defendants*. | 21-cv-10627 (VEC) <br><br> ~~PROPOSED~~ ORDER ON MOTION FOR *PRO HAC VICE* ADMISSION OF B. BRETT HEAVNER |

The motion of B. Brett Heavner for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and Virginia, and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | B. Brett Heavner, Esq. |
| Firm Name: | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| Address: | 901 New York Avenue, NW |
| City/State/Zip: | Washington, DC 20001 |
| Phone Number: | (202) 408-4073 |
| Fax Number: | (202) 408-4400 |
| Email: | b.brett.heavner@finnegan.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Margaret Esquenet and Academy of Television Arts & Sciences in the above-captioned action;

**IT IS HEREBY ORDERED** that B. Brett Heavner is admitted to practice *pro hac vice* as counsel for Defendants Margaret Esquenet and Academy of Television Arts & Sciences in the above-captioned case in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March 2, 2022

                                                                                          United States District Judge