```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JASON GOODMAN,

                        Plaintiff,

          -against-

ADAM SHARP, TERRANCE O'REILLY,
MARGARET ESQUENET, NATIONAL
ACADEMY OF TELEVISION ARTS AND
SCIENCES, and ACADEMY OF TELEVISION
ARTS AND SCIENCES,

                       Defendants.
-------------------------------------------------------------- X

21-CV-10627 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 1, 2022, the Court ordered Plaintiff to file his amended complaint no later than March 11, 2022, *see* Dkt. 37; and

    WHEREAS on March 7, 2022, Plaintiff filed a proposed amended complaint, *see* Dkt. 39;

    IT IS HEREBY ORDERED that Plaintiff must, no later than **March 21, 2022**, refile his proposed amended complaint as an amended complaint.

    IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff Jason Goodman at: 252 7th Avenue #6s, New York, NY 10001.

**SO ORDERED.**

Date: March 14, 2022
       New York, New York

                                                          **VALERIE CAPRONI**
                                                          **United States District Judge**