USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JASON GOODMAN,

                       Plaintiff,

      -against-

                                       21-CV-10627 (VEC)

ADAM SHARP, TERRANCE O'REILLY,
MARGARET ESQUENET, NATIONAL          ORDER
ACADEMY OF TELEVISION ARTS AND
SCIENCES, and ACADEMY OF TELEVISION
ARTS AND SCIENCES,

                       Defendants.
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on February 18, 2022, Defendants filed a motion to dismiss, *see* Dkt. 23;

      WHEREAS on February 27, 2022, Plaintiff sought leave to file an amended complaint, *see* Dkt. 32;

      WHEREAS on March 1, 2022, the Court reminded Plaintiff that, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), he may amend his complaint once as of right, and ordered Plaintiff to do so by March 11, 2022, *see* Dkt. 37;

      WHEREAS on March 7, 2022, Plaintiff filed a proposed amended complaint, *see* Dkt. 39;

      WHEREAS on March 14, 2022, the Court ordered Plaintiff to refile his proposed amended complaint as an amended complaint by March 21, 2022, *see* Dkt. 40; and

      WHEREAS on March 15, 2022, Plaintiff filed an Amended Complaint, *see* Dkt. 41;

      IT IS HEREBY ORDERED that Defendants' motion to dismiss is DENIED as moot. Not later than **April 5, 2022**, Defendants must either file an answer to the Amended Complaint or move to dismiss the Amended Complaint.

The Clerk of Court is respectfully directed to terminate the open motion on Dkt. 23. The Clerk of Court is further directed to mail a copy of this Order to Plaintiff Jason Goodman at: 252 7th Avenue #6s, New York, NY 10001.

**SO ORDERED.**

Date:  **March 16, 2022**                                                    **VALERIE CAPRONI**
       **New York, New York**                                    **United States District Judge**