**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2022

Hon. Judge Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

March 16, 2022

Re: Goodman v Sharp et al (1:21-cv-10627-VEC)

Dear Judge Caproni,

Pursuant to your December 17, 2021 Order (Dkt. 8), the parties are required to submit the following by tomorrow, March 17, 2022 in preparation for the March 25 initial pretrial conference:

1) joint letter of no more than five pages, and

2) proposed joint case management plan.

The parties have conferred and agree to mutually request a continuance of both deadlines (March 17 and March 25) in light of yesterday's filing of the amended complaint.

If it pleases the Court, the parties propose;

4/19 as the proposed deadline to file the joint letter and proposed Case Management Plan.

4/25 as the proposed deadline for the Initial Pretrial Conference.

Respectfully submitted,

Jason Goodman, Plaintiff, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

Application GRANTED in part. The initial pretrial conference scheduled for March 25, 2022 is ADJOURNED to **April 22, 2022 at 11:00 a.m.** The parties' joint submission is due by **April 14, 2022**. The parties should appear for the conference by dialing 888-363-4749, using the access code 3121171 and the security code 0627.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff Jason Goodman at: 252 7th Avenue #6s, New York, NY 10001.

SO ORDERED.

*[signature]*   3/18/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE