Hon. Judge Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

March 29, 2022

Re: Goodman v Sharp et al (1:21-cv-10627-VEC)

Dear Judge Caproni,

Pursuant to your March 16, 2022 Order (Dkt. 42), an amended complaint has been filed (Dkt. 41). The amended complaint adds Frank Scherma ("Scherma") Chairman and CEO of the Academy of Television Arts and Sciences ("ATAS") as a co-defendant. In a phone call on or around January 2022, Scherma told Goodman he was unaware of any lawsuit involving Goodman's Corp and ATAS and that neither he nor ATAS were represented by Finnegan.

There is good reason to believe Scherma's statements are true, and that Finnegan has falsely claimed to represent ATAS in this matter and in NATAS v MSD again violating NY JUD § 487. Finnegan has failed to provide a waiver for the summons request at (Dkt. 33). It is imperative that the Court issue a ruling with specific regard to the summons request for Scherma.

In an email exchange occurring on or around March 29, 2022, opposing counsel reiterated their refusal to engage in a telephone conference, refused to discuss mandatory public filings regarding Adam Sharp's failure to disclose conflicts of interest related to his for profit politically partisan activities and has admitted that they do not represent Scherma.

Respectfully submitted,

_____
Jason Goodman, Plaintiff, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org