UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>ADAM SHARP, TERRANCE O'REILLY, FRANK SCHERMA, MARGARET ESQUENET, THE NATIONAL ACADEMY OF TELEVISION ARTS AND SCIENCES, INC., AND ACADEMY OF TELEVISION ARTS & SCIENCES,<br><br>　　　　*Defendants*. | 21-cv-10627 (VEC)<br><br>NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT |

**PLEASE TAKE NOTICE** that, upon the accompanying Joint Memorandum of Law, the declaration of Mary Kate Brennan, and upon all prior proceedings, pleadings, and filings herein, Defendants Adam Sharp, Terrance O'Reilly, Frank Scherma, Margaret Esquenet, The National Academy of Television Arts and Sciences, Inc., and Academy of Television Arts & Sciences (collectively, the "Defendants") hereby move this Court at the United States Courthouse for the Southern District of New York, 40 Foley Square, Courtroom 443, New York, New York 10007 before the Honorable Valerie E. Caproni, United States District Judge, for an order pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), and 12(b)(6) dismissing this action with prejudice in its entirety (without leave to amend) as to each of the Defendants, and granting such other and further relief as the Court deems just and proper.

Dated: April 5, 2022

Respectfully Submitted,

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

*Attorneys for Defendants Frank Scherma, Margaret Esquenet, and Academy of Television Arts & Sciences*

By: /s/ Mary Kate Brennan

    B. Brett Heavner, Esq. (*pro hac vice*)
    Mary Kate Brennan, Esq.
    901 New York Avenue NW
    Washington, DC 20001
    Telephone: (202) 408-4000
    Facsimile: (202) 408-4400
    b.brett.heavner@finnegan.com
    marykate.brennan@finnegan.com

GORDON REES SCULLY MANSUKHANI, LLP

*Attorneys for Defendants Adam Sharp, Terrance O'Reilly, and The National Academy of Television Arts & Sciences*

By: /s/ Brian E. Middlebrook

    Brian E. Middlebrook, Esq.
    John T. Mills, Esq.
    One Battery Park Plaza, 28th Floor
    New York, New York 10004
    Telephone: (212) 269-5500
    Facsimile: (212) 269-5505
    bmiddlebrook@grsm.com
    jtmills@grsm.com