UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>　　　*Plaintiff*,<br><br>　v.<br><br>ADAM SHARP, TERRANCE O'REILLY, FRANK SCHERMA, MARGARET ESQUENET, THE NATIONAL ACADEMY OF TELEVISION ARTS AND SCIENCES, INC. AND ACADEMY OF TELEVISION ARTS & SCIENCES,<br><br>　　　*Defendants*. | 21-cv-10627 (VEC) |

**DECLARATION OF MARY KATE BRENNAN IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFF'S <u>AMENDED COMPLAINT</u>**

I, Mary Kate Brennan, declare as follows:

　　1.　　I am an attorney at Finnegan, Henderson, Farabow, Garrett & Dunner, LLP and am counsel for Defendants Margaret Esquenet, Frank Scherma, and Academy of Television Arts & Sciences in this action. The facts in this declaration are based on my personal knowledge. If called upon to do so, I would testify competently to the facts contained in this declaration.

　　2.　　A true and correct copy of a letter sent by Plaintiff Jason Goodman ("Goodman") to Defendant O'Reilly via email on December 5, 2021 is attached as Exhibit A.

　　3.　　A true and correct copy of a December 9, 2021 email from Goodman to Defendant Esquenet is attached as Exhibit B.

　　4.　　To date, Defendant Scherma has not been served with the summons or Amended Complaint in a manner compliant with Fed. R. Civ. P. 4(e).

1

5. To date, Goodman has not requested a waiver of service on behalf of Defendant Scherma.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct pursuant to 28 U.S.C. § 1746. This declaration was executed on April 5, 2022 in Washington, D.C.

Mary Kate Brennan