# Exhibit B

**From:** Jason Goodman <jason@21stcentury3d.com>
**Sent:** Thursday, December 9, 2021 1:53 PM
**To:** Esquenet, Margaret <margaret.esquenet@finnegan.com>
**Cc:** Katz, Seth <seth.katz@finnegan.com>; Heavner, B. Brett <b.brett.heavner@finnegan.com>; Brennan, Mary Kate <MaryKate.Brennan@finnegan.com>; anand.sharma@finnegan.com <anand.sharma@finnegan.com>; Terry O'Reilly <toreilly@███████████.org>
**Subject:** Re: communications to NATAS and ATAS

Margaret,

I have tried at every opportunity to end this as quickly and inexpensively as possible.  The notion that the alleged infringement was damaging to your client does not "square" as Judge Caproni might say, with your client's decision to immortalize the image in a law suit and then publicize it via the Hollywood Reporter.  These acts put far more attention on the image than I could have and are prima facie evidence of your client's ill will and malicious intent.

As you know, all instances of the alleged infringement except those related to the lawsuit and published by third parties have been removed from the internet.  I told you this over one month ago in our last phone call.  At this point, there will be no financial recovery for Finnegan or your clients from MSD and you are merely generating more bills for you misguided client.  It is time to end this and I am prepared to allow one more opportunity to do that as quickly and quietly as can be possible at this late stage.

If your client does not immediately withdraw and permanently terminate NATAS v MSD I will have no choice but to sue you, Adam Sharp and Terry O'Reilly along with the Television Academies for abuse of process and other things as set forth in the attached complaint.

I will be fling this with the court tomorrow at 5:01pm via electronic pro se filing if your client has not withdrawn and terminated NATAS v MSD prior to that time.

Since you have not indicated that Finnegan represents Terry O'Reilly in his personal capacity, he has been CC'd on this message as he will be personally sued tomorrow if the Academies fail to withdraw NATAS v MSD.  He might be best served consulting his own personal attorney for advice on this matter, but I am not an attorney and not giving him legal advice.

Thanks for your prompt attention.

Jason