AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Jason Goodman<br>*Plaintiff(s)*<br>v.<br><br>Sharp et al<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:21-cv-10627-VEC<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Frank Scherma
3319 Clerendon Rd
Beverly Hills CA 90210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason Goodman
252 7th Avenue 6S
New York, NY 10001
323-744-7594

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   04/04/2022

*Ashley A.*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-10627-VEC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Frank Scherma

was received by me on *(date)* 04/04/2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
I substitute served Frank Scherma the summons on 04/05/2022 at 1:13 PM, at his place of business as per CPLR 308(2) by serving Ani Akpan, Assistant to Frank Scherma; at 1630 12th Street, Santa Monica, CA 90404.
I thereafter mailed a copy to Frank Scherma to the above address, via first class mail, postage prepaid, marked "Personal and Confidential" with no indication this is concerns an legal action on the outside of the envelope.
Mailed from Los Angeles, CA USPS on 04/05/2021

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 04/05/2022

*Server's signature*

Sarah Thompson, Los Angeles County Reg.#6679

*Printed name and title*

L.A. Process Servers
1439 N. Highland Ave., #274
Los Angeles, CA 90028
323-508-1711

*Server's address*

Additional information regarding attempted service, etc:

I also served the complaint.

Ani Akpan, Assistant to Frank Scherma is described as male, black, black hair, brown eyes, beard and mustache, about 5'7" tall, around 180 pounds, in his 30's.