IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ADAM SHARP, TERRANCE O'REILLY, FRANK SCHERMA, MARGARET ESQUENET, NATIONAL ACADEMY OF TELEVISION ARTS AND SCIENCES, INC., ACADEMY OF TELEVISION ARTS AND SCIENCES, INC.,<br><br>　　　　Defendant | Case No.: Case No.: 1:21-cv-10627-VEC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

It is hereby certified that plaintiff, Jason Goodman, served defendants with a copy of the executed summons (ECF No. 55) via email on April 6, 2022 and USPS mail on April 7, 2022.

　　　　FINNEGAN, HENDERSON, FARABOW,

　　　　GARRETT & DUNNER, LLP

　　　　901 New York Avenue, NW

　　　　Washington, DC 20001

Signed this 7th day of April 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Plaintiff, Pro Se Jason Goodman
　　　　　　　　　　　　　　　　　252 7th Avenue Apt 6s
　　　　　　　　　　　　　　　　　New York, NY 10001
　　　　　　　　　　　　　　　　　(323) 744-7594
　　　　　　　　　　　　　　　　　truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 1