Hon. Judge Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

April 12, 2022

Re: Goodman v Sharp et al (1:21-cv-10627-VEC)

Dear Judge Caproni,

Pursuant to your December 17, 2021 Order (Dkt. 8), and the memo endorsement issued March 18, 2022 (Dkt. 44) the parties are required to submit the following by, April 14, 2022 in preparation for the April 22, 2022 initial pretrial conference:

1) joint letter of no more than five pages, and

2) proposed joint case management plan.

As you are aware, defendant Frank Scherma was served on April 5, 2022, however no notice of appearance has been filed by any attorney representing Scherma. Plaintiff requests a continuance of both deadlines (April 14 and April 22) in light of this.

If it pleases the Court, the Plaintiff proposes;

5/3 as the proposed deadline to file the joint letter and proposed Case Management Plan.

5/10 as the proposed deadline for the Initial Pretrial Conference.

Respectfully submitted,

Jason Goodman, Plaintiff, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org