IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN | Case No.: Case No.: 1:21-cv-10627-VEC |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| ADAM SHARP, TERRANCE O'REILLY, FRANK SCHERMA, MARGARET ESQUENET, ACADEMY OF TELEVISION ARTS AND SCIENCES, INC., | |
| Defendant | |

**CERTIFICATE OF SERVICE**

It is hereby certified that plaintiff, Jason Goodman, served defendants with a copy of the proposed third amended complaint on April 14, 2022, via email.

Signed this 14th day of April 2022

_____
Plaintiff, Pro Se Jason Goodman
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 1