D. G. SWEIGERT, C/O<br>
AMERICA'S RV MAILBOX, PMB 13339<br>
514 Americas Way, Box Elder, SD 57719<br>
Spoliation-notice@mailbox.org

**April 14, 2022**

VIA ECF
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     REF:  1:21-cv-10627-VEC *Goodman v. Sharp et al*

Dear Judge Caproni:

    I write on behalf of myself, a non-attorney *pro se* potential intervenor.  I write to protect my interests to a professional reputation as a computer security expert.  I seek to intervene in this action pursuant to Rule 24 as a co-defendant.

    In ECF document no. 60 Mr. Goodman cites my surname 13 times, with allegations that orbit a presumed conspiracy between myself and the Defendants and e-mail exchanges, see para 10, page 8 of 74, ECF 60.

    As the attached e-mail messages of 8/31/2020 and 9/1/2020 indicate, Mr. Goodman was fully briefed that a copy of a proposed supplemental complaint (in *Sweigert v. Goodman*) would be forwarded to the EMMY Television Awards institution (see attached).  That supplemental complaint included the identification of Multimedia Systems Design, Inc.

*D. Sgt*<br>
**D. G. SWEIGERT**

I hereby certify that a copy of this letter and attachments has been sent to Mr. Goodman at truth@crowdsourcethetruth.org on April 14, 2022, so said under the penalties of perjury.  Copies of the attached e-mail messages have been forwarded to Mr. Goodman and Defendant's counsel.

*D. Sgt*<br>
**D. G. SWEIGERT**

**Note bold face is emphasis added.**

---------- Original Message ----------

From: David George Acton Sweigert <spoliation-notice@mailbox.org>

To: **Jason Goodman <truth@crowdsourcethetruth.org>,** Spoliation Notice <spoliation-notice@mailbox.org>

Cc: **"jasongoodman72@protonmail.com" <jasongoodman72@protonmail.com>,** "nysag@ag.ny.gov" <nysag@ag.ny.gov>, "NYAG.Pressoffice@ag.ny.gov" <NYAG.Pressoffice@ag.ny.gov>

Date: 08/31/2020 7:21 PM

Subject: Re: Copyright strike

OK,

In that case I will send the proposed supplemental complaint (see SDNY) to the N.Y.A.G., the U.S. Federal Trade Commission and the **Emmy Academy as a courtesy to you.**

Best,

D.G.

**Note bold face is emphasis added.**

---------- Original Message ----------

From: Spoliation Notice <spoliation-notice@mailbox.org>

To: Spoliation Notice <spoliation-notice@mailbox.org>,

**"jason@21stcentury3d.com" <jason@21stcentury3d.com>,**

**"jasongoodman72@protonmail.com" <jasongoodman72@protonmail.com>,**

**"truth@crowdsourcethetruth.org" <truth@crowdsourcethetruth.org>**

Cc: "whitcomb@televisionacademy.com" <whitcomb@televisionacademy.com>,

"einstein@televisionacademy.com" <einstein@televisionacademy.com>,

"fyc@televisionacademy.com" <fyc@televisionacademy.com>,

"interviews@televisionacademy.com" <interviews@televisionacademy.com>,

"emmyawards@televisionacademy.com" <emmyawards@televisionacademy.com>,

"membership@televisionacademy.com" <membership@televisionacademy.com>

Date: 09/01/2020 8:52 PM

Subject: Notice of witness examination CPLR 3113


To: Adam Sharp

You have been named as a key witness in New York litigation. Per New York C.P.L.R. 3113 you shall be added to the witness list.

See attached.

Kindly pass this e-mail on to your legal counsel for further action.


D. G. Sweigert