IN THE UNITED STATES DISTRICT COURT


FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN | Case No.: Case No.: 1:21-cv-10627-VEC |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| ADAM SHARP, TERRANCE O'REILLY, FRANK SCHERMA, MARGARET ESQUENET, NATIONAL ACADEMY OF TELEVISION ARTS AND SCIENCES, INC., ACADEMY OF TELEVISION ARTS AND SCIENCES, INC., | |
| Defendant | |

## CERTIFICATE OF SERVICE

It is hereby certified that plaintiff, Jason Goodman, served defendants with a copy of the response in opposition to the motion to dismiss on April 18, 2022, via email.


Signed this 18th day of April 2022

_____

Plaintiff, Pro Se Jason Goodman
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 1