# EXHIBIT B

# Katz, Seth

| | |
|---|---|
| **From:** | Jason Goodman <truth@crowdsourcethetruth.org> |
| **Sent:** | Thursday, April 14, 2022 9:26 AM |
| **To:** | Katz, Seth |
| **Cc:** | Brennan, Mary Kate; Esquenet, Margaret; Heavner, B. Brett; Brian Middlebrook; John Mills |
| **Subject:** | Re: 21-cv-10627 Goodman v. Sharp et al. - Courtesy Copies |
| **Attachments:** | Third amended complaint to file.pdf; Goodman v Sharp Draft CMP2.docx; Draft join letterV3.docx |

**EXTERNAL Email:**

Mr. Katz,

The attached proposed third amended complaint has been filed with the court this morning.  Please note, it can take up to 24-48 hours for pro se electronic filings to be entered on the docket.

I have also attached copies of the draft joint letter and case management plan due today.  I believe this is the third time I've sent these with no acknowledgement.  Please confirm receipt of this email and provide any edits to the documents in a redlined draft so we may file prior to 5 pm today when the pro se office closes.

Jason

> On Apr 13, 2022, at 5:50 PM, Jason Goodman <truth@crowdsourcethetruth.org> wrote:
>
> Mr. Katz,
>
> The draft joint letter and case management plan was emailed earlier this morning and there has been no acknowledgment so I am sending them again.  Please confirm receipt.
>
> Jason
>
>> On Apr 5, 2022, at 8:49 PM, Katz, Seth <seth.katz@finnegan.com> wrote:
>>
>> Mr. Goodman - Please see the attached documents just filed with the Court.
>>
>> Thanks, Seth
>>
>> **Seth Katz**
>> Case Manager
>> 202.216.5339 | cell: 202.674.4105 | seth.katz@finnegan.com
>>
>> ---
>>
>> <image001.jpg>
>>
>> This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.
>> <052-1 20220405 Exhibit A.pdf><052 20220405 DECLARATION of Mary Kate Brennan in Support re [51] MOTION to Dismiss Plaintiff's Amended Complaint.pdf><051 20220405 MOTION to

1

Dismiss Plaintiff's Amended Complaint.pdf><053 20220405 MEMORANDUM OF LAW in Support re [51] MOTION to Dismiss Plaintiff's Amended Complaint.pdf><052-2 20220405 Exhibit B.pdf>

<Goodman v Sharp Draft CMP2.docx><Draft join letterV3.docx>