# EXHIBIT E

# Katz, Seth

| | |
|---|---|
| **From:** | Jason Goodman <truth@crowdsourcethetruth.org> |
| **Sent:** | Thursday, April 14, 2022 10:24 PM |
| **To:** | Heavner, B. Brett |
| **Cc:** | Brennan, Mary Kate; Esquenet, Margaret; Katz, Seth; Shook, Daniela; Brian Middlebrook; John Mills; Dial, Ashley; Ecklund, Steve |
| **Subject:** | Re: 1:21-cv-10627-VEC Goodman v. Sharp et al |

**EXTERNAL Email:**

You fraudulently added my electronic signature on a court document without my approval or consent in violation of state and federal law.

On Apr 14, 2022, at 10:03 PM, Heavner, B. Brett <b.brett.heavner@finnegan.com> wrote:

Mr. Goodman,

Based on our correspondence indicating your concerns about being late with the filing, after we received your draft we understood that we had the authority to file the joint letter after adding our sections. This is exactly what we did. If you feel like the filing does not accurately represent your position, you are free to make an additional filing stating the difference between what we filed and what you wanted to say to the court.

Yours very truly,

Brett Heavner

**B. Brett Heavner**
Attorney at Law
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4073 | fax: 202.408.4400 | b.brett.heavner@finnegan.com | www.finnegan.com

<image001.png>

**From:** Jason Goodman <truth@crowdsourcethetruth.org>
**Sent:** Thursday, April 14, 2022 9:50 PM
**To:** Brennan, Mary Kate <MaryKate.Brennan@finnegan.com>
**Cc:** Esquenet, Margaret <margaret.esquenet@finnegan.com>; Heavner, B. Brett <b.brett.heavner@finnegan.com>; Katz, Seth <seth.katz@finnegan.com>; Shook, Daniela <Daniela.Shook@finnegan.com>; Brian Middlebrook <bmiddlebrook@grsm.com>; John Mills <jtmills@grsm.com>; Dial, Ashley <Ashley.Dial@finnegan.com>; Ecklund, Steve <steve.ecklund@finnegan.com>
**Subject:** Re: 1:21-cv-10627-VEC Goodman v. Sharp et al

**EXTERNAL Email:**

You have electronically signed my signature and filed this on the docket without my consent

On Apr 14, 2022, at 9:45 PM, Brennan, Mary Kate <MaryKate.Brennan@finnegan.com> wrote:

Mr. Goodman - please see the attached.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

<Dkt. 63 Joint Status Letter.pdf><Dkt. 64 Joint Proposed CMP.pdf>

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.