IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN,<br><br>    *Plaintiff*,<br><br>  v.<br><br>ADAM SHARP, TERRANCE O'REILLY, FRANK SCHERMA, MARGARET ESQUENET, THE NATIONAL ACADEMY OF TELEVISION ARTS AND SCIENCES, INC. AND ACADEMY OF TELEVISION ARTS & SCIENCES,<br><br>    *Defendants*. | 21-cv-10627 (VEC) |

Defendants Adam Sharp, Terrance O'Reilly, Frank Scherma, Margaret Esquenet, The National Academy of Television Arts and Sciences, Inc., and Academy of Television Arts & Sciences (collectively, the "Defendants") served Plaintiff, Jason Goodman, with a copy of Defendants' Joint Reply Memorandum of Law in Support of Their Joint Motion to Dismiss Plaintiff's Amended Complaint and supporting documents via email on May 6, 2022 and first-class mail on May 9, 2022.

Dated: May 9, 2022                                    Respectfully submitted,


   */s/ Mary Kate Brennan*
Mary Kate Brennan
MaryKate.Brennan@finnegan.com
B. Brett Heavner (*pro hac vice* to be filed)
b.brett.heavner@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

*Attorneys for Defendants Margaret Esquenet and
    Academy of Television Arts & Sciences*

Brian E. Middlebrook
John T. Mills
GORDON REES SCULLY MANSUKHANI, LLP
One Battery Park Plaza, 28th Floor
New York, New York 10004
Telephone: (212) 269-5500
Facsimile: (212) 269-5505

*Attorneys for Defendants Adam Sharp, Terrance
O'Reilly and The National Academy of
Television Arts & Sciences*