**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JASON GOODMAN,

                Plaintiff,

-against-                                                  21 **CIVIL** 10627 (VEC)

## JUDGMENT

ADAM SHARP, TERRANCE O'REILLY,
FRANK SCHERMA, MARGARET ESQUENET,
NATIONAL ACADEMY OF TELEVISION
ARTS AND SCIENCES, INC., ACADEMY OF
TELEVISION ARTS AND SCIENCES, INC.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 12, 2022, Defendants' Motion to Dismiss is GRANTED in full. The Court lacks subject matter jurisdiction over Plaintiff's claims, and leave to amend would be futile; accordingly, the case is closed.

**Dated:** New York, New York

        July 14, 2022

                                                                         **RUBY J. KRAJICK**

                                                                       **Clerk of Court**
                                                  **BY:**     K. Mango
                                                                      **Deputy Clerk**