AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Jason Goodman | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-cv-10627-VEC |
| Adam Sharp, Terrance O'Reilly, Margaret Esquenet, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Margaret Esquenet and Academy of Television Arts & Sciences.

Date: 08/24/2023

*Attorney's signature*

Naresh Kilaru
*Printed name and bar number*

Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Ave., NW
Washington, DC 20001
*Address*

Naresh.Kilaru@finnegan.com
*E-mail address*

(202) 408-4000
*Telephone number*

(202) 408-4400
*FAX number*